**Motion Granted and Abatement Order filed October 30, 2018**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-18-00731-CV

————————

### SURVEYING AND MAPPING, LLC, Appellant

### V.

### LE BLANC FARMS JOINT VENTURE, Appellee

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 16-DCV-237403**

## ABATEMENT ORDER

On October 25, the parties filed a joint motion to abate this appeal. The motion states the parties are engaged in settlement discussions and are working with other parties in the trial court to schedule a mediation. They ask that the appeal be abated to allow time for settlement. The motion is **GRANTED**. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **<u>January 4, 2019</u>**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to reinstate or motion dismiss the appeal. The court may reinstate the appeal on its own motion.

PER CURIAM